**EXHIBIT  -A –  Figure 1**

**Figure 1.**

| January 11, 2023 USAO-000131 | Hambley requests: "I would love to see you lying in the shower and both your girls peeing on you." Paradis does not comply with this and shifts topic. |
|---|---|
| January 11, 2023 USAO-000131 | Hambley requests: "I'm supposed to be getting naked selfies — from you and the girls in the showers." Paradis responds: "No." She then adds: "You know I'm not going to be ok with anything that's going to harm my kids. Not with how I was raised." "I can tell you from experience that there is nothing good that can or will ever come from crossing the line between talking dirty... and anything that literally involves the girls. So if you ask me to cross that line, it's going to set me off and push me away." |
| January 14, 2023 USAO-000175– 000186 (approx.) | Hambley states: "I won't touch the girls if that's too much for you.. but I would enjoy pics." Paradis does not agree to pics. She sets explicit terms: "No breaking laws, nothing illegal. That sort of thing." "And nothing seriously whacked out and fucked up." When Hambley requests photos of scarring of Paradis' daughter, she says, "No. Momma bear. Remember?" He says "I'll kiss it and make it better." To which Paradis responds "Trigger warning… I have really strong reactions because I've always had to protect my kids in situations where they should've been safe." She also directly draws the line: |

1

| | |
|---|---|
| | "What we talk about while you're cumming inside me and what we do outside the bedroom on a daily basis can't overlap." |
| **January 29, 2023** **USAO-000314– 000315 (approx.)** | In response to Hambley's camera/content demands: "I said I can't." "Because I can't." "If I break the rules, and someone gets caught, I lose everything. My kids, my life, my future... ALL GONE. Then nobody gets anything and everybody loses everything." When Hambley pushes: "Would you risk jail for me?" "The answer is, that I fought not to die to have her [Scarlett], and taught her how to [live]..." — she deflects rather than agreeing. |
| **January 29, 2023** **USAO-000315 (approx.)** | "I risk everything, my whole life, for even one second of the wrong thing on film......., but what are you willing to give in return that would keep us both out of jail?" "One photo, all it takes and no more job, no more retirement, everyone finds out about it — kind of stuff." |
| **February 10, 2023** **USAO-000414– 000419 (approx.)** | "Consequences mean, things that I cannot control, like possible jail time... so I can't give you permission and access, because I won't cross that line." "AND I repeat... Crossing lines with jail time, mean crossing lines with jail time..." "So. Hard lines. No crossing. Jail time. We got that. Right?" |
| **February 10, 2023** **USAO-000438** | "You didn't know I'd never been abused as a child in my ass?" Hambley inquires:  "Hmm... would you be willing to re-live some of those events with them under my supervision" |

| | |
|---|---|
| **February 16, 2023**<br><br>**USAO-000576–**<br><br>**000581 (approx.)** | "I don't want the kids to see the camera. I mean, I guess it's not the end of the world, but if they see it and they know there's someone who can see, then it can definitely not be in the bathroom again..."<br><br>"The camera is too noticeable with the cord. And that's not an acceptable risk..." |
| **February 17, 2023**<br><br>**USAO-000589**<br><br>**(approx.)** | "The stuff with kids or lying are literally the only things in this world that could make me run away." |
| **February 20, 2023**<br><br>**USAO-000670–**<br><br>**000672 (approx.)** | After Hambley expresses desire for images or footage involving the children:<br>"But we both know the overt-things, are begging for jail time...." "I'd never see my kids again. And I'd be in jail." |
| **Feb. 20, 2023**<br><br>**(approx. USAO-**<br><br>**000689):** | "The overt-things are begging for jail time."<br><br>Hambley replies "**#NoJailTime**" |
| **March 24, 2023**<br><br>**USAO-001042–**<br><br>**001051 (approx.)** | Hambley instructs Paradis to be naked in front of the children with door open on camera.<br><br>"If dad calls CPS... then what?"<br><br>"Otherwise it's a tattle to dad, visit from CPS, possibly lose my kids or worse — kind of thing."<br><br>"So if you WANT me to go to jail... your approach will have that effect."<br><br>"If you WANT us to ever have sex again... not so much."<br><br><br>"I'm begging you. If you truly want me in your life, and have children of our own, please stop trying to land me in jail." |

| | |
|---|---|
| | "You know if I lose my kids, even if I didn't go to jail, you could never tell anyone we had a relationship... but you'd absolutely lose me..." "I need to know if that's what you want?" |
| **November 12, 2023** **USAO-004000s** **(approx.)** | "No Daddy, [CHILD] knows what that all is, and she would never let me do that to her. I'd be in jail by the end of the day." This is a direct, unambiguous refusal tied explicitly to criminal consequences. |
| **December 17, 2023** **USAO-004317** **(approx.)** | When it appears a child may have discovered/unplugged the camera: "I'm just going to pack it up, because this is the second time. I swear to God I really hope you didn't get me fucking caught. I can't afford a mistake like that." |
| **December 21, 2023** **USAO-004421** **(approx.)** | "You'll still demand videos that will get me put in jail." |
| **July 30, 2024 USAO-004976** | Hambley requests: "Can you make another shower video with the girls for me?" Paradis's direct refusal: "No. It puts me at too high of a risk of jail and never seeing my kids again." Then, when Hambley applies reassurance pressure ("You should know I'll never get you in trouble"): "After you didn't keep your word, why should I trust you not to do that to me?" |
| **August 11, 2024** **USAO-004994** | After Hambley asks "So no slaps.... what about some daughter pics" Paradis responds: "Congratulations. This is why I stopped talking to you." This is a flat refusal accompanied by a statement of consequence — she terminated contact as a result. |

4

**EXHIBIT A - <u>Figure 2</u>**

**Fig. 2**

| | |
|---|---|
| **Jan. 6, 2024 (approx. USAO-004500s):** | "All you cared about the whole year I wasted on you, was whether you could get me to put myself in jail by getting caught doing the things you forced me to do just to get our baby in the first place." |
| **Jan. 14, 2024 (approx. USAO-004552):** | Paradis directly tells Hambley: "You are emotionally abusive." She elaborates: *"Emotional abuse... includes but is not limited to, cheating... constantly canceling on me, **forcing me to do things that could get me put in jail** and never see my kids again, and constantly belittling my parenting skills."* |
| **Mar. 2, 2024 (approx. USAO-004827):** | "You used moving as an excuse, because you never wanted ME, you only wanted open access to the girls." |
| **July 30, 2024 (approx. USAO-004976):** | When Hambley asks for a shower video of "the girls," Paradis refuses: "No. It puts me at too high of a risk of jail and never seeing my kids again." Hambley responds: "You should know I'll never get you in trouble." |
| **Apr. 8, 2023 (approx. USAO-001214):** | Paradis states: "You forced me to accept that I am linked to you in a way that I can never break, now that I made those videos and photos for you. You knew it would bind us and I would never be able to run if I decided I wanted to." |
| **May 28, 2023 (approx. USAO-002304):** | "Or are you collecting blackmail so you can keep me chained in a bomb shelter?" |
| **Mar. 19, 2023 (approx. USAO-000973** | Paradis accuses Hambley directly: "That's not love, it's blackmail." / "Or are you just blackmailing me so you can use it to crush me later, and get what you want without getting your hands dirty?" |
| **Apr. 7, 2023 (approx. USAO-001182)** | "I hate that I have to let you go to show you that your ability to **manipulate me to sin is a complete abuse of power** over me." |

5

| Aug. 9, 2024 (approx. USAO-004989): | "No, you don't [want to help]. You want to beat the shit out of me, and try to get me put in jail. That's all you do, and the only thing you're good at." |
|---|---|

**EXHIBIT A - <u>Figure 3</u>**

**Fig. 3**

| | |
|---|---|
| **Apr. 24, 2023 (approx. USAO-001386** | In a series of multiple messages — <br><br> "I got bruises right now." / <br><br> "I have new little bruises Daddy." / <br><br> "The little bruise on my pussy stings." / <br><br> "My underwear are chafing my bruised spots." / <br><br> "The bruises are almost healed." |
| **May 25, 2023 (approx. USAO-002300** | Paradis tells Alexis (her friend) she <br><br> "lied and said you regularly spank me hard enough to leave bruises... when she saw my ass on accident." <br><br> Paradis's friend Alexis comments that visible bruising "leans the other side of abusive." <br><br> Hambley responds: "I'm going to leave bruises it's not abuse." |
| **Sept. 23, 2023 (approx. USAO-003700):** | "The more excited you are, the rougher you get, and you trained me to enjoy rough painful fucking that leaves bruises." |
| **Oct. 21, 2023 (approx. USAO-003880** | "You can't bruise my face or places I can't cover with shorts and a tank top during the summer." <br><br> Then: "nobody thinks my boyfriend is assaulting me." |
| **Dec. 8, 2023 (approx. USAO-004100** | Paradis states: "I might go get a hotel and bruise myself up with the paddle... I'm not okay." |
| **Dec. 3, 2023 (approx. USAO-004100s** | "You literally hurt me more than anyone in my existence, and I'm just supposed to endure it like it's nothing." / <br><br> "Now all the new layers of hurt you've carved into my soul, right over top of the old ones, make me regret that you were able to find me." |
| **Dec. 31, 2023 (approx. USAO-004439** | "I want you to hurt the way you **forced me to.** But I'm not cruel like you are." |