**Hambley**                                          **Paradis**

# Text Message Conversation

November 4–5, 2022

11/4/2022 10:11:26.690 AM

Is this Grace?

11/4/2022 10:11:43.207 AM

Oh.. sorry it's so early

**Local User <RF8T205XFTH_files_full.zip>**
11/4/2022 12:58:00.810 PM

Who is this?

11/4/2022 1:03:44.792 PM

Sorry.. i was looking for grace berry-burnham.. i must have gotten the wrong number

**Local User <RF8T205XFTH_files_full.zip>**
11/4/2022 1:07:17.828 PM

This is, but who are you?

11/4/2022 1:08:39.186 PM

Someone who's smiling from ear to ear.. finding this number took a ton of effort

11/4/2022 1:09:29.671 PM

I don't know if you remember me.. i once picked you up in Hudson falls.. and drove you to north Chicago

11/4/2022 1:21:15.282 PM

Did you block me?

11/4/2022 1:24:41.077 PM

Maybe you don't remember me… here's a selfie.. I'm a little older and rougher than i was the last time you saw me

11/4/2022 1:29:16.827 PM

How have you been?

11/4/2022 2:18:35.615 PM

Grace?

11/4/2022 2:49:18.466 PM

I retired

**Local User <RF8T205XFTH_files_full.zip>**
11/4/2022 2:54:13.883 PM

1

**Hambley**  **Paradis**

I'm running errands.

11/4/2022 2:55:44.146 PM

Oh ok.. i don't mean to bother you. I just wanted to reach out.. see if you're doing okay. And if there's anything you need… I'd love to help you if you need anything

**Local User <RF8T205XFTH_files_full.zip>**
11/4/2022 3:04:40.329 PM

I'm still trying to make my own way.

11/4/2022 3:06:00.310 PM

Well if there's anything i can do to help you with that..

**Local User <RF8T205XFTH_files_full.zip>**
11/4/2022 3:25:52.816 PM

Pretty sure you can't do anything with IRS and Financial Aid.

11/4/2022 3:35:22.899 PM

What's going on with the irs and FA

11/4/2022 3:45:54.043 PM

I cant help if I dont know whats going on… lol

11/4/2022 3:46:13.589 PM

if its just $.. well I probably can help a little…

11/4/2022 3:46:37.635 PM

If you need $$$$$$$$$$$$$$$$$$$$$$$$$$$ well thats a lot of $$$

11/4/2022 3:46:48.013 PM

lol

11/4/2022 4:42:50.920 PM

I could always send you some things from Amazon.. might not help with irs, but would help you… what do u think?

11/4/2022 6:54:39.348 PM

How are the boys?

11/4/2022 7:46:42.908 PM

Ok great chat

11/4/2022 7:47:31.854 PM

I'll try again later

2

**Hambley**

**Paradis**

**Local User <RF8T205XFTH_files_full.zip>**
11/4/2022 9:33:24.484 PM

College time. Life is life.

11/4/2022 11:48:35.969 PM

. What are you going to school for

**Local User <RF8T205XFTH_files_full.zip>**
11/5/2022 1:17:19.655 AM

Nothing yet. Trying to get situated so the boys and I can all go.

**Local User <RF8T205XFTH_files_full.zip>**
11/5/2022 1:18:08.541 AM

So why reach out to me after 10 years?

11/5/2022 10:44:36.966 AM

I have been reaching out.. moon crest email doesn't write back.. had a hard time tracking you down

11/5/2022 10:45:01.329 AM

What has happened with you in the last 10 years please catch me up

**Local User <RF8T205XFTH_files_full.zip>**
11/5/2022 12:24:49.286 PM

You didn't actually answer the question…..

11/5/2022 12:41:26.504 PM

I thought i did . I have been trying to get in touch with you for years.. i just finally found a phone number for you

11/5/2022 12:42:17.989 PM

graceyburn@gmail.com

**Local User <RF8T205XFTH_files_full.zip>**
11/5/2022 12:58:24.637 PM

But why?

11/5/2022 12:59:29.408 PM

Why would i want to talk with you?

11/5/2022 12:59:39.542 PM

Why wouldn't i?

11/5/2022 12:59:43.150 PM

I've missed you…

11/5/2022 1:00:04.201 PM

Have you not thought of reaching out to me once in the last decade?

3

**Hambley**                                           **Paradis**

> **Local User <RF8T205XFTH_files_full.zip>**
> 11/5/2022 1:01:06.225 PM
>
> I felt like we didn't get along and have very different views on life topics.

> **Local User <RF8T205XFTH_files_full.zip>**
> 11/5/2022 1:02:29.562 PM
>
> That's why we stopped talking.

11/5/2022 1:04:45.471 PM

You let my love of Donald Trump come between us?

11/5/2022 1:05:04.323 PM

(I'm teasing)

> **Local User <RF8T205XFTH_files_full.zip>**
> 11/5/2022 1:05:16.067 PM
>
> Ewwww.

11/5/2022 1:05:52.637 PM

Well, if you amenable… id like to get to know you better

> **Local User <RF8T205XFTH_files_full.zip>**
> 11/5/2022 1:05:59.902 PM
>
> I'm pretty alarmed about my number, because I've been trying to protect my older daughter and if you can get it, so can that piece of shit sperm donor.

11/5/2022 1:06:54.217 PM

How many kids do you have?

11/5/2022 1:07:01.051 PM

4

11/5/2022 1:07:22.218 PM

And you really don't need to worry about him finding your number. It was insanely difficult

11/5/2022 1:07:46.646 PM

I've been trying many different ways to find you for years

11/5/2022 1:07:57.472 PM

Your very safely hidden

11/5/2022 1:08:09.916 PM

Almost thought you might not be around..

> **Local User <RF8T205XFTH_files_full.zip>**
> 11/5/2022 2:19:01.000 PM

4

**Hambley**                                                    **Paradis**

> Did your private investigator tell you I worked for QED? As in the government contractor? There's a lot of sites on the No-No lists and that's on it.