# Certificate of Participation

# Grace Paradis

Has Successfully completed the New Beginnings Program at Chesapeake Correctional Center

*Mr. Teel*

**Mental Health Department**

11/21/2025

DATE



DEFENDANT'S EXHIBIT

CASE NO. 2:25 cr044-04

EXHIBIT NO. 1

## Certificate of Participation

# Grace, Paradis

Has Successfully completed the New Beginnings
Program at Chesapeake Correctional Center

_Amy L. ____ LCSW_ 08/29/2025

**Mental Health
Department**

DATE

